UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUDIGER WOLF,

        Plaintiff,                         No. C 05-2264 PJH

    v.                                      **NOTICE AND ORDER SETTING HEARING**

H.T. OIL, LLC,

        Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      The hearing on defendant's motion for temporary restraining order has been set for June 15, 2005, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Plaintiff shall file an opposition brief no later than noon June 13, 2005. No reply brief shall be filed.

      AT THE TIME OF ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO SUBMIT **ONE** ADDITIONAL PAPER COPY OF EACH DOCUMENT TO CHAMBERS, WHICH IS TO BE DESIGNATED "**PJH CHAMBERS COPY**."

      IT IS SO ORDERED.

Dated: June 10, 2005

                                                            _____
                                                            PHYLLIS J. HAMILTON
                                                            United States District Judge