UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUDIGER WOLF,

        Plaintiff,

    v.

H.T. OIL, LLC,

        Defendant.
_____/

No. C 05-2264 PJH

**ORDER REMANDING CASE**

    This matter came on for hearing on defendant's motion for temporary restraining order. However, all parties stipulated in open court that no subject matter jurisdiction exists over this case as there is not complete diversity among them. Accordingly, this case is REMANDED to Contra Costa County Superior Court.

    **IT IS SO ORDERED.**

Dated: June 15, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge